UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WEST BEND MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 1:21-cv-1009-TWP-MG<br>)<br>) |
| BEECH GROVE FIREARMS PROPERTIES, LLC, and the INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | )<br>) |
| Defendants. | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

IDEM, by counsel, filed a Motion to Dismiss the Complaint filed by Plaintiff. The Court, being duly advised in the premises, now **FINDS** and **ORDERS** that IDEM's Motion to Dismiss is **GRANTED** for the reasons set forth in IDEM's *Memorandum in Support of Motion to Dismiss*. The Complaint against IDEM is hereby **DISMISSED**.

**SO ORDERED.**

Date: 8/26/2021

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

**Distribution:**

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system

1